# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 86 EAL 2020

    Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v.

PEDRO COLON,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 87 EAL 2020

    Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v.

PEDRO COLON,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 88 EAL 2020

    Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v.

PEDRO COLON,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 89 EAL 2020

    Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v.

PEDRO COLON,                                    :
                                                :
                    Petitioner                  :
                                                :
COMMONWEALTH OF PENNSYLVANIA,     :   No. 90 EAL 2020
                                                :
                    Respondent                  :
                                                :   Petition for Allowance of Appeal
                                                :   from the Order of the Superior Court
                    v.                          :
                                                :
                                                :
PEDRO COLON,                                    :
                                                :
                    Petitioner                  :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the decision or consideration of these matters.